UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAN GARDWOOD,

Plaintiff,

v. Case No: 6:20-cv-2321-Orl-37EJK

REBECCA FIERLE, THOMAS P. MOSS, SAWYER & SAWYER, DENISE WILLIS, JAMES DENNIS KISIO, BOGIN, MUNNS & MUNNS, P.A., THE PALMS OF LONGWOOD, KENDRA WOLFRUM, DANIELLE WOLFRUM, DANIEL PAREDA and CORNERSTONE LONGWOOD LEASING, LLC,

Defendants.

---

**ORDER**

This case is before the Court on status review. On December 30, 2020 this Court entered an Order dismissing Plaintiff's Complaint. (Doc. 20). The Court allowed Plaintiff until January 8, 2021 to file an amended complaint, cautioning that failure to timely file will result in dismissal of this case without further notice. (*Id.* at 2.) To date, Plaintiff has not filed an amended pleading in this case.

Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk is **DIRECTED** to **CLOSE** the file. Should Plaintiff wish to further pursue her claim, she must initiate a new action and either pay the filing fee or move to proceed *in forma pauperis*.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 12, 2021.

ROY B. DALTON JR.
United States District Judge

Copies to: Counsel of Record